IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| CHRISTINA HARDWICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-125 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation filed by plaintiff [doc. 17] are hereby **OVERRULED**. The report and recommendation [doc. 16] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion for summary judgment [doc. 12] is **DENIED**; defendant Commissioner's motion for summary judgment [doc. 14] is **GRANTED**; and the Commissioner's decision in this case denying plaintiff's applications for benefits under the Social Security Act is **AFFIRMED**.

This case is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*　　　　　　　　　　　　s/ Leon Jordan
CLERK OF COURT　　　　　　　　　　United States District Judge

2